**Charles James CHATMAN,
Plaintiff—Appellant,**

v.

**COUNTY OF SAN MATEO, Political
Subdivision of the State of California; et al., Defendants—Appellees.**

No. 08–17076.

United States Court of Appeals,
Ninth Circuit.

Submitted Nov. 17, 2009 *.

Filed Dec. 14, 2009.

Charles James Chatman, Susanville, CA,
pro se.

Before: ALARCÓN, TROTT, and
TASHIMA, Circuit Judges.

### MEMORANDUM **

Charles James Chatman, a California
state prisoner, appeals pro se from the
district court's judgment dismissing his 42
U.S.C. § 1983 action pursuant to 28 U.S.C.
§ 1915A on statute of limitations grounds.
We have jurisdiction under 28 U.S.C.
§ 1291. We review de novo, *Jones v. Blanas*, 393 F.3d 918, 926 (9th Cir.2004), and
we affirm.

The district court properly dismissed
Chatman's claims because they are time-barred. *See id.* at 927 (explaining that the
applicable statute of limitations for § 1983
claims is the forum state's statute of limitations for personal injury claims, and setting forth California's statute of limitations); *Johnson v. California*, 207 F.3d
650, 654 (9th Cir.2000) (stating that, under
California law, the limitations period is
tolled for two years for prisoners serving
less than a life sentence). Chatman's contention that the action is not time-barred
because he submitted an amended complaint raising the same claims in a prior
action is unpersuasive.

Chatman's requests for judicial notice
are denied.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable
for decision without oral argument. *See* Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.